AO 442 (REV. 12/85)

# United States District Court

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

UNITED STATES OF AMERICA
V.

Maria Isabel HERNANDEZ - (42)
Eagle pass, texas

FILED
OCT 09 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**CRIMINAL COMPLAINT**

CASE NUMBER: DR 07 - 1218 1m-01

I, the undersigned complaintant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 05, 2007** in **Dimmit** county, in the **Western** District of **Texas** defendant(s) did, (track statutory language of offense) knowingly or in reckless disregard of the fact that certain aliens, Jose Maracos GUARDADO-Rodriguez and Maria Concepsion GUARDADO-Chavez have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law;

in violation of Title **8** United States Code, Section(s) **1324 (a)(1)(A)(ii)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following

facts: On October 05, 2007, the DEFENDANT was arrested near Carrizo Springs, Texas transporting 5 undocumented aliens to San Antonio, Texas in a 1986 Honda Accord. DEFENDANT MARIA ISABEL HERNANDEZ admitted to Border Patrol Agents that she was taking the Undocumented aliens to San Antonio, Texas for a fee of $250.00 per alien. MATERIAL WITTNESSESS will testify that they were being charged $2,200.00 each to be taken to San Antonio, Texas. MATERIAL WITTNESSESS will also testify that DEFENDANT was the driver of the 1986 Honda Accord and was the one who told them to get in the car and hide.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 09, 2007                                                at    Del Rio, Texas
Date                                                                        City and State

Victor Roberto Garcia                                               _____
U.S. Magistrate Judge                                             Signature of Judicial Officer
Name and Title of Judicial Officer