REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2007 OC 24 PM 12: 05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CAUSE NO.: |
| | § § | **INDICTMENT**<br>[COUNT ONE-Vio: 8 U.S.C. §1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation; COUNT TWO-Vio: 8 U.S.C. §1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation.] |
| v. | § § | |
| MARIA ISABEL HERNANDEZ | § § § | |

**DR07CR0935**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

That on or about October 05, 2007, in the Western District of Texas, Defendant,

MARIA ISABEL HERNANDEZ,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Jose Marcos Guardado-Rodriguez, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, § 1324(a)(1)(A)(ii) & (B)(i).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

That on or about October 05, 2007 in the Western District of Texas, Defendant,

MARIA ISABEL HERNANDEZ,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Maria Concepsion Guardado-Chavez, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, § 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL

JOHNNY K. SUTTON
United States Attorney

By: _____
BENJAMIN D. SEAL
Assistant United States Attorney

SEALED:
UNSEALED: XX

# DR07CR0935

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: Dimmit  USAO #: 2007R06425

DATE: October 24, 2007   MAG. CT. #: DR07-12181M

AUSA: Benjamin D. Seal

DEFENDANT: MARIA ISABEL HERNANDEZ

DATE OF BIRTH: _____

ADDRESS: _____

CITIZENSHIP: United States

INTERPRETER NEEDED: no   Language: _____

DEFENSE ATTORNEY: Jacques De la Mota

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: DETAINED   DATE OF ARREST: October 05, 2007

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description) COUNTS 1 & 2: 8 USC 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens.

OFFENSE IS A: FELONY.

MAXIMUM SENTENCE: COUNTS 1 & 2: For each count- 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY:   Yes XX   No XX

REMARKS: See above _____ WDTX-Cr-3